■ In the Matter of the Intermediate Accounting of SECURITY TRUST COMPANY OF ROCHESTER, Respondent, as Trustee of an Express Trust Made and Executed by CHARLES M. THOMS and Others. JANET T. INGERSOLL, Appellant. (And Seven Other Proceedings.) — Order unanimously modified by striking therefrom the allowance to the Referee and as modified affirmed, without costs of this appeal to any party. Memorandum: The allowance to the Referee was premature. No question was raised as to the reasonableness of the amount of the allowance for attorneys' fees. (Appeal by objectant from order of Monroe Special Term directing payment for legal services and disbursements rendered to the trustee for services by Referee and fees of reporters.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO JOSEPH MLECZKO, Appellant, v. CHARLES C. McCLOSKEY, JR., as Sheriff of Chautauqua County, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Chautauqua Supreme Court dismissing a writ of habeas corpus.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CHARLES MARRIOTT, Appellant.— Order unanimously reversed and matter remitted to Monroe County Court for a hearing. (See *People* v. *Boundy,* 10 N Y 2d 518; *People* v. *Sprague,* 11 N Y 2d 951.) (Appeal from order of Monroe County Court denying a motion to vacate a judgment of conviction on October 29, 1957 for grand larceny, first degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MILLER, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ELY WOODROW. In the Matter of JOHN ELY WOODROW.— Application granted to prosecute appeals on original papers, typed briefs, and Marx Q. Cristman, Esq., assigned as counsel to conduct appeals.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VERNAL FREDERICK SEYMOUR.— Motion granted and time for argument of appeal enlarged to include September 1962 Term, on condition appellant's brief is filed and served on or before July 2, 1962. Memorandum: This direct appeal from the judgment of conviction has been pending for many months and there are also pending appeals from *coram nobis* and habeas corpus proceedings. Appellant's brief should be filed promptly, on or before July 2, 1962. If the present assigned counsel is unable to comply, he should make an application on June 27, 1962, to be relieved of the assignment.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNAL FREDERICK SEYMOUR v. WALTER H. WILKINS, as Warden of Attica Prison.— Motion for leave to prosecute appeal as a poor person denied. Memorandum: The appeal from the judgment of conviction is pending and the matter sought to be raised in habeas corpus may be presented on the argument of that appeal. Under the order enlarging time for that appeal, it will be heard no later than the September 1962 Term of this court.